UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA E. KRINSK, on behalf of herself and all
others similarly situated,

          **Plaintiff,**

v.                         CASE NUMBER: 8:09-cv-00909-JDW-EAJ

SUNTRUST BANK,

          **Defendant.**
_____/

## SUNTRUST BANK'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendant, SunTrust Bank ("SunTrust") pursuant to Rule 3.01(a) and (d) of the Local Rules of the Middle District of Florida, hereby files this Motion for Leave to File Excess Pages, and as grounds therefore, states as follows:

1. On October 21, 2011, the Elkins filed their Renewed Motion to Intervene, attempting to intervene in this action for the purpose of serving as class representatives, despite the existence of a binding Arbitration Agreement between the parties.

2. On October 31, 2011, the Plaintiff, ("Krinsk" or "Plaintiff"), simultaneously filed her Motion to Exceed the Page Limit and her Memorandum of Law in Opposition to SunTrust's Renewed Motion to Compel Arbitration and Stay Action. (Dkt. 146 and 147). Plaintiff's Memorandum of Law in Opposition to SunTrust Bank's Renewed Motion to Compel Arbitration and Stay Action made several new arguments attacking various specific provisions of the Loan Agreement between Krinsk and SunTrust, which arguments had not previously been addressed in SunTrust's Renewed Motion to Compel Arbitration and Stay Action as to Krinsk and which were rather raised by Krinsk for the very first time in this litigation, despite the original full

briefing of SunTrust's Motion to Compel Arbitration, as well as an appeal to the Eleventh Circuit Court of Appeals regarding this Court's previous denial of SunTrust's Motion to Compel.

3. Specifically, Plaintiff has attacked several provisions of the Loan Agreement in support of her position that the Loan Agreement is unconscionable. However, in doing so, Plaintiff has misconstrued and misquoted many of the provisions of the Loan Agreement and has also taken many of the provisions out of context.

4. Additionally, Plaintiff failed to address the severability clause contained in the Arbitration Agreement and how it may impact the arguments being presented by the in this case.

5. Plaintiff has also argued that SunTrust waived its right to prohibit maintenance of the class action.

6. It is anticipated that the Elkins will adopt the arguments presented by Krinsk in response to SunTrust's forthcoming Renewed Motion to Compel Arbitration as to the Elkins and therefore, these issues need to be addressed in SunTrust's Renewed Motion to Compel as to the Elkins.

7. SunTrust's response to the Elkins' Motion to Intervene is due on November 4, 2011. Accordingly, SunTrust anticipates that it will file its Renewed Motion to Compel Arbitration as to the Elkins on November 4, 2011 as well. In anticipating that the Elkins will raise many of the same complicated arguments presented by Plaintiff in response to SunTrust's Renewed Motion to Compel Arbitration, SunTrust requests an additional five (5) pages to adequately address the new arguments being presented in this action.

8. An additional five (5) pages is necessary to address the numerous provisions of the Arbitration Agreement attacked by the Plaintiff as being unconscionable and the issue of waiver.

9. SunTrust will be prejudiced if it is not granted leave to file a Motion that exceeds the page limit as it will be denied the opportunity to adequately present its arguments to the Court.

WHEREFORE, Defendant, SunTrust Bank, respectfully requests that this Court grant it leave to file a Renewed Motion to Compel Arbitration as to the Elkins with Excess Pages.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the Defendant states that, on November 3, 2011, its counsel conferred in good faith with the Elkin's counsel and the Elkin's object to the relief sought herein.

/s/ David S. Hendrix, Esq.
DAVID S. HENDRIX, ESQUIRE
Florida Bar No. 827053
david.hendrix@gray-robinson.com
ALISSA M. ELLISON, ESQUIRE
Florida Bar No. 15992
Alissa.ellison@gray-robinson.com
GrayRobinson, P.A.
201 N. Franklin St., Suite 2200
Tampa, Florida 33602
Phone: (813) 273-5000
Fax: (813) 273-5145
*Attorneys for SunTrust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Wardell
Wardell & Quezon, PA
805 W Azeele St
Tampa, FL 33606

Jeffrey R. Krinsk
Finkelstein & Krinsk
501 W. Broadway, Suite 1250
San Diego, CA 92101-3579

Mark L. Knutson
Finkelstein & Krinsk
501 W. Broadway, Suite 1250
San Diego, CA 92101-3579

*s/ David S. Hendrix*